**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-81351-CV-MIDDLEBROOKS

ALFRED S.K. TEO,

    Plaintiff,

v.

UNITED STATES INTERNAL REVENUE SERVICE,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge William Matthewman's Report and Recommendation (the "Report"), filed on August 20, 2021. (DE 52). The Report recommends granting Defendant United States Internal Revenue Service's Motion for Summary Judgment (DE 21). The deadline to file objections to the Report expired on September 2, 2021, and Plaintiff Alfed S.K. Teo has not filed any, nor sought an extension to time to do so.

Upon careful review of the Report and the record as a whole, I agree with Magistrate Judge Matthewman's reasoning and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Judge Matthewman's Report (DE 52) is **ADOPTED**.

(2) Defendant United States Internal Revenue Service's Motion for Summary Judgment (DE 21) is **GRANTED.**

(3) Final judgment will be entered by separate Order.

**SIGNED** in Chambers at West Palm Beach, Florida, this 3rd day of September, 2021.

Donald M. Middlebrooks
United States District Judge

cc: United States Magistrate Judge William Matthewman
    Counsel of record